ACCEPTED
1055319
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/20/2015 1:38:18 PM
CHRISTOPHER PRINE
CLERK

NO. 1055319

| | | |
|---|---|---|
| NATIONAL COLLEIGATE TRUST, AS § OF NATIONAL COLLEIGATE TRUST, **Plaintiff** | § § § | IN THE COUNTY COURT AT LAW |
| **V.** | § § § | N UMBER 4 |
| **AKILAH BACY, Defendant** | § | HARRIS COUNTY, TEXAS |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/20/2015 1:38:18 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

Defendant, Akilah Bacy party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on October 26, 2015.

Akilah Bacy desires to appeal the court's decision.

This appeal is being taken to either the First or Fourteenth Court of Appeals.

This notice is being filed by Akilah and Kathy Bacy.

Appellant is presumed indigent and may proceed without advance payment of costs as provided in Rule 20.1(a)(3).

Respectfully Submitted,

AKILAH BACY, PRO SE

/s/ Akilah Bacy
AKILAH A. BACY
State Bar No. 24072810
9806 Peachridge Drive
Houston, Texas 77056
Phone: (281) 894-4870
Facsimile: (832) 952-0253
akilahbacy@gmail.com

## CERTIFICATE OF SERVICE

I certify that on November 3, 2015 a true and correct copy of Defendant's Notice of Appeal was served by fax on Michael J Scott at (214) 234-8456.

Respectfully Submitted,

AKILAH BACY, PRO SE

AKILAH A. BACY